UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID C. TAYLOR, JR., et al.,      No. 2:07-cv-01594-MCE-DAD

    Plaintiffs,

  v.                                  **ORDER RE: SETTLEMENT AND DISPOSITION**

FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.
_____/

    Pursuant to the representations of the attorney for Plaintiffs, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 11, 2008.

    Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re Settlement and Disposition, the April 3, 2009 Final Pretrial Conference and May 18, 2009 Jury Trial are vacated.