1  **JOHN F. MARTIN, ESQ. (SBN 52618)**
   **CHRISTINE HOPKINS, ESQ. (SBN 240248)**
2  **LAW OFFICES OF JOHN F. MARTIN**
   A Professional Corporation
3  3100 Oak Road, Suite 230
   Post Office Box 5331
4  Walnut Creek, CA  94596
   Telephone:  (925) 937-5433
5  Facsimile:  (925) 938-5567

6  Attorneys for Plaintiffs
   DAVID C. TAYLOR , JR. and KENYA TAYLOR
7

8                          UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF CALIFORNIA
9

10
   DAVID C. TAYLOR, JR.; KENYA TAYLOR          Case No. 2:07-cv-01594-MCE-DAD
11
                  Plaintiffs,
12
   v.                                          **ORDER AND STIPULATION FOR**
13                                             **DISMISSAL WITH PREJUDICE**
   FAIRFIELD-SUISUN UNIFIED SCHOOL
14 DISTRICT; ARNOLD WOODROW CARTER;
   VIC RAMOS; PATRICIA BARNETT;  DAWN
15 MITCHELL and DOES 1 through 25, inclusive,

16                Defendants.
   _____/
17

18         Pursuant to the settlement of this case in its entirety, Plaintiffs and Defendants hereby stipulate

19 and agree that this case is dismissed in its entirety with prejudice.

20

21 DATED:     May 16, 2008            LAW OFFICES OF JOHN R. MARTIN, P.C.

22                             By:    _____/s/_____
                                      CHRISTINE HOPKINS
23                                    Attorney for Plaintiff

24 DATED:     May 29, 2008            PETERS & PETERS

25                             By:    _____/s/_____

26                                    MARK D. PETERS, ESQ.
                                      Counsel for Defendants
27                                    Fairfield-Suisun Unified School District, Arnold Woodrow
                                      Carter, Vic Ramos, Patricia Barnett, & Dawn Mitchell
28

   Taylor, et al. v. Fairfield Suisun Unified School District, et al.
   Order and Stipulation of Dismissal                1

1  Pursuant to the above stipulation, it is hereby ordered that Case No. 2:07-cv-01594-MCE-DAD
2  is dismissed in its entirety with prejudice.
3  IT IS SO ORDERED.

4  Dated: June 18, 2008

6  _____
   MORRISON C. ENGLAND, JR.
7  UNITED STATES DISTRICT JUDGE

Taylor, et al. v. Fairfield Suisun Unified School District, et al.
Order and Stipulation of Dismissal                2